# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : |
| | : Case No. 2:07-cv-603 |
| v. | : |
| | : JUDGE ALGENON L. MARBLEY |
| PATRICIA J. TOLER, ET AL, | : |
| | : Magistrate Judge King |
| Defendant. | : |
| _____ | : |
| | : Case No. 2:07-cv-863 |
| PATRICIA A. TOLER, | : |
| | : JUDGE ALGENON L. MARBLEY |
| Plaintiff, | : |
| | : Magistrate Judge King |
| v. | : |
| | : |
| THE UNITED STATES OF AMERICA, | : |
| | : |
| Defendant. | : |

## ORDER CANCELLING DATE FOR ORAL ARGUMENT
## ON MOTIONS FOR SUMMARY JUDGMENT

Oral argument on the Parties cross-motions for summary judgment in this case is currently scheduled for August 20, 2009. The Court has reviewed both Parties' motions and determined that oral argument on the fully briefed summary judgment motions will not assist the Court in the resolution of the motions. Therefore, the August 20, 2009 oral argument on the motions for summary judgment is **CANCELLED**. The motions will be decided on the briefs.

**IT IS SO ORDERED.**

    s/Algenon L. Marbley  
**ALGENON L. MARBLEY**  
**United States District Court Judge**

**DATED: August 13, 2009**