# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
### EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, : | |
| : | |
| Plaintiff, : | |
| : | Case No. 2:07-cv-603 |
| v. : | |
| : | JUDGE ALGENON L. MARBLEY |
| PATRICIA J. TOLER, ET AL, : | |
| : | Magistrate Judge King |
| Defendant. : | |
| _____ : | |
| : | Case No. 2:07-cv-863 |
| PATRICIA A. TOLER, : | |
| : | JUDGE ALGENON L. MARBLEY |
| Plaintiff, : | |
| : | Magistrate Judge King |
| v. : | |
| : | |
| THE UNITED STATES OF AMERICA, : | |
| : | |
| Defendant. : | |

## ORDER

This matter is before the Court on Defendant and Plaintiffs' Joint Motion to Cancel Mediation (Dkt. 87). It is the Court's belief that a formal mediation will be beneficial in regards to the parties' settlement discussions. Accordingly, the Joint Motion to Cancel Mediation is hereby **DENIED**. Upon the parties' request, a new date for the formal mediation is set for **January 4, 2010 at 10:00 a.m.** before Court Mediator, Robert Kaiser, 85 Marconi Boulevard, Room 319, Columbus, Ohio 43215.

    **IT IS SO ORDERED.**

                                                  s/Algenon L. Marbley
                                                 **ALGENON L. MARBLEY**
                                                 **UNITED STATES DISTRICT JUDGE**

**DATED: December 2, 2009**