IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, : | |
| : | |
| Plaintiff, : | |
| : | Case No. 2:07-cv-603 |
| v. : | |
| : | JUDGE ALGENON L. MARBLEY |
| PATRICIA J. TOLER, ET AL, : | |
| : | Magistrate Judge King |
| Defendant. : | |
| _____ : | |
| : | Case No. 2:07-cv-863 |
| PATRICIA A. TOLER, : | |
| : | JUDGE ALGENON L. MARBLEY |
| Plaintiff, : | |
| : | Magistrate Judge King |
| v. : | |
| : | |
| THE UNITED STATES OF AMERICA, : | |
| : | |
| Defendant. : | |

## ORDER RESETTING TRIAL DATE

Due to a conflict the Court's calendar, the Bench Trial in this case is reset for **Monday, February 8, 2010** at **9:00 a.m.** In preparation for trial the Court has set the following schedule to which the parties are to adhere.

**Summary:**

| | |
|---|---|
| January 18, 2010 | Motions in limine, pretrial motions, designation of deposition portions, witness statements, stipulations, and exhibit lists. |
| January 22, 2010 | Memoranda contra pretrial motions or motions in limine, objections to deposition designations, and final pretrial order. |
| January 29, 2010 | Final pretrial conference at **11:00 a.m.** before the Honorable Algenon L. Marbley , U. S. District Court, 85 Marconi Boulevard, Room 319, Columbus, Ohio 43215, submission of trial briefs. |

| February 8, 2010 | Trial at **9:00 a.m.** - opening statements and presentation of evidence. |

This order supersedes all previous orders in this case to the extent previous orders are inconsistent with this order.

The parties shall address questions about this order to the Court's Law Clerk, Tara Ramchandani, at 614-719-3262, by way of a telephone conference with counsel for all parties participating, or with fewer than all counsel participating with express permission of non-participating counsel.

**IT IS SO ORDERED.**

    s/Algenon L. Marbley
**ALGENON L. MARBLEY**
**UNITED STATES DISTRICT JUDGE**

**DATED: December 15, 2009**