# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, : | |
| : | |
| Plaintiff, : | |
| : | Case No. 2:07-cv-603 |
| v. : | |
| : | JUDGE ALGENON L. MARBLEY |
| PATRICIA J. TOLER, ET AL, : | |
| : | Magistrate Judge King |
| Defendant. : | |
| _____ : | |
| : | Case No. 2:07-cv-863 |
| PATRICIA A. TOLER, : | |
| : | JUDGE ALGENON L. MARBLEY |
| Plaintiff, : | |
| : | Magistrate Judge King |
| v. : | |
| : | |
| THE UNITED STATES OF AMERICA, : | |
| : | |
| Defendant. : | |

## ORDER RESETTING FINAL PRETRIAL CONFERENCE

Due to a conflict the Court's calendar, the time for the Final Pretrial Conference is rescheduled for **Friday, January 29, 2010 at 3:00 p.m.** In preparation for trial the Court has set the following schedule to which the parties are to adhere.

This order supersedes all previous orders in this case to the extent previous orders are inconsistent with this order.

**IT IS SO ORDERED.**

    s/Algenon L. Marbley
**ALGENON L. MARBLEY**
**UNITED STATES DISTRICT JUDGE**

**DATED: January 14, 2010**